IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASHEER HARRISON** | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | NO. 14-2114 |
| v. | : | |
| | : | |
| **MICHAEL WENEROWICZ,** *et al.* | : | |
| *Respondents* | : | |

# O R D E R

**AND NOW**, this 16th day of April 2018, upon consideration of the pleadings and record herein, and after careful and independent consideration of the *Report and Recommendation* submitted by United States Magistrate Judge David R. Strawbridge, [ECF 13], and Petitioner's objections thereto, [ECF 16], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that:

1. Petitioner's objections are **OVERRULED**.

2. The *Report and Recommendation* is **APPROVED** and **ADOPTED**.

3. Petitioner's petition for a writ of *habeas corpus* is **DENIED** and **DISMISSED**.

4. A certificate of appealability is hereby issued with respect to Petitioner's claim that trial counsel was ineffective for failing to object to the trial court's jury instruction on reasonable doubt (Claim IV) *only*.

The Clerk of Court is directed to **CLOSE** this matter.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*